IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GERGE D. METZ, II,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-540-TFM-MU |
| | ) |
| **OFFICER D. BRIDGES,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION AND ORDER

On December 16, 2021, the Magistrate Judge entered a Report and Recommendation recommending that this case be transferred to the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. § 1406(a). *See* Doc. 3. No objections were filed.

Accordingly, after due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court and this action is **TRANSFERRED** to the United States District Court for the Middle District of Alabama, Southern Division.

The Clerk of Court is **DIRECTED** to effectuate the transfer.

**DONE** and **ORDERED** this 27th day of January, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE