IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. METZ, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-56-ECM-SMD |
| | ) |
| D. BRIDGES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants' Motion to Vacate Uniform Scheduling Order and Stay Proceedings (Doc. 49), and for good cause, it is

ORDERED that the Motion is GRANTED. The Uniform Scheduling Order (Doc. 47) is VACATED, and the Clerk of Court is DIRECTED to stay the case pending further order of the Court.

DONE this 26th day of April, 2023.

Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE