IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE D. METZ, II, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:22-cv-56-ECM ) |
| D. BRIDGES, *et al.*, | ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the order entered on this date, it is the

ORDER, JUDGMENT and DECREE of the Court that final judgment is entered against the Plaintiff and in favor of the Defendants, and this case is DISMISSED with prejudice. Costs are taxed against the Plaintiff, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 4th day of February, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE